## REQUEST FOR COURT ACTION / DIRECTION

| | | |
|---|---|---|
| TO: | Jim Molinelli<br>Miscellaneous Clerk | OFFENSE: Conspiracy to Distribute Cocaine Base |
| | | ORIGINAL SENTENCE: Forty-Six (46) Months; Four (4) Years Supervised Release. |
| FROM: | Bill Pompei<br>U.S. Probation Officer | SPEC. CONDITIONS: Participate in a substance abuse program, including testing; provide access to financial information. |
| | | AUSA: Unassigned |
| RE: | Rodriguez, Dante<br>Docket # CR 03-42-01-B | **07 CRIM 370** |

DATE OF SENTENCE:   October 31, 2003

DATE:   April 24, 2007

ATTACHMENTS:   PSI **X**   JUDGMENT **X**   PREVIOUS REPORTS
                               VIOLATION PETITION

REQUEST FOR:   WARRANT____   SUMMON____   COURT DIRECTION **X**

## TRANSFER OF JURISDICTION

Dante Rodriguez was sentenced as indicated above in the District of New Hampshire. He was released from custody on November 14, 2006. Upon his release, he secured residence with his cousin, Maribel Torres, at 810 Soundview Ave. #12C, Bronx, NY, 10473. As a resident of the Southern District of New York, he has been supervised by this office.

We have attached three original Forms 22, signed by the Honorable Paul Barbadoro, United States District Judge for the District of New Hampshire. We respectfully request that this case be assigned a Judge in this District.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer



MAY 0 1 2007

By: _____
Bill Pompei
U.S. Probation Officer
212-805-5171

Approved By: _____
Bernard Ray                    Date: April 24, 2007
Supervising U.S. Probation Officer